| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| **REYNALDO FLORES, SR.**, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | CIVIL ACTION NO. 1:11-CV-477 |
| § | |
| **MICHAEL J. ASTRUE,** § | |
| COMMISSIONER OF SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## MEMORANDUM OPINION ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The Court heretofore ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration pursuant to applicable law and orders of this Court. The Court has received and considered the Report of the United States Magistrate Judge pursuant to such order, along with the pleadings and all available evidence.

The Plaintiff filed timely objections to the magistrate judge's Report and Recommendation. The court, therefore, conducts a de novo review of the objections in relation to the pleadings and the applicable law. See Fed. R. Civ. P. 72(b). The court has conducted such review, and after careful consideration, concludes that the objections are without merit. The Plaintiff did not raise any additional issues with respect to jurisdiction. He did not provide proof of an appeal to the Appeals Council enabling jurisdiction in this case. The Plaintiff also did not raise any errors with regard to the legal analysis in the magistrate judge's Report and Recommendation.

Accordingly, the Plaintiff's objections are **OVERRULED**. The findings of fact and conclusions of law of the magistrate judge are correct and the Report of the magistrate judge is

**ADOPTED**.  A Final Judgment will be entered separately, dismissing this action.

SIGNED at Beaumont, Texas, this 11th day of May, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE